IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

PROGRESSIVE GULF INSURANCE                                              PLAINTIFF

VS.                                                                   No. 1:05CV91-D-D
ALBERT NICKERSON d/b/a NICKERSON
TRUCKING, et al.                                                      DEFENDANTS

ORDER GRANTING MOTION TO DISMISS

Pursuant to an opinion issued this day, it is hereby ORDERED that

(1) the Defendants' motion to dismiss (docket entries 6 and 19) is GRANTED;

(2) the Plaintiff's claims shall be DISMISSED; and

(3) this case is CLOSED.

All memoranda, depositions, declarations, and other materials considered by the Court in ruling on this motion are hereby incorporated into and made a part of the record in this action.

SO ORDERED, this the 29th day of June 2005.


/s/ Glen H. Davidson
Chief Judge