IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

PROGRESSIVE GULF
INSURANCE COMPANY                                              PLAINTIFF

vs.                                                    No. 1:05CV91-D-D

GEORGIA PACIFIC CORPORATION; et al.                           DEFENDANTS

## ORDER GRANTING MOTION FOR SUMMARY JUDGMENT

Pursuant to an opinion issued this day, it is hereby ORDERED that

(1) the Plaintiff's motion for summary judgment (docket entry 39) is GRANTED;

(2) the subject insurance policy issued to the Defendant Albert Nickerson d/b/a Nickerson Trucking (Policy Number CA-04049803-2) provides no greater than the $100,000 liability coverage shown in the Declarations of the policy; and

(3) this case is CLOSED.

All memoranda, depositions, declarations and other materials considered by the court in ruling on this motion are hereby incorporated into and made a part of the record in this action.

SO ORDERED, this the 20 day of April 2006.

/s/ Glen H. Davidson
Chief Judge